# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMANDA OSMUN** | : **CIVIL ACTION** |
| | : |
| | : |
| **v.** | : **NO.  25-1955** |
| | : |
| **COUNTY OF LEHIGH** | : |

## ORDER

**AND NOW**, this 28th day of April 2026, after review of Defendant's Motion for Summary Judgment (ECF No. 26), Plaintiff's opposition thereto, and Defendant's Reply, as well as all exhibits, and after oral argument being held, it is hereby **ORDERED** as follows:

1.    Defendant's Motion is **GRANTED**.

2.    Judgment is entered in favor of Defendant and against Plaintiff.

3.    The Clerk shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**